UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: March 12, 2008                                                         JUDGE: Phyllis J. Hamilton

Case No: CR-08-0083 PJH

Case Name:   United States v.   Guillermo Zaragoza (C)(Spanish Int.)
                                Eduardo Zaragoza (C)(Spanish Int.)
                                Manuel Corona Contreras (C)(Spanish Int.)
                                Richard Parodi (C)
                                Martin Estrada Zaragoza (C)(Spanish Int.)
                                David Bejines Quezada (C)(Spanish Int.)
                                David Blake Weld (Not Present)
                                Martel Murillo Valencia (C)(Spanish Int.)
                                Angelica Maria Rodriguez (C)(Spanish Int.)
                                Paul Anthony Kozina (C)
                                Irma Carona (C)(Spanish Int.)

Attorney for Plaintiff:     Nicole Kim
Attorney for Defendant:     Eric Hairston (G. Zaragoza); Claire Leary (E. Zaragoza);
                            Eric Hairston for Nina Wilder (Contreras);
                            Michelle Thomson for Douglas Rappaport (Parodi);
                            Gail Shifman (M. Zaragoza); Steve Teich (Quezada);
                            Brian Berson (Weld);Seth Chazen (Rodriguez);
                            John Cline (Kozina); Garrick Lew (Corona)
                            Robert Waggener and Robert Lyons (Valencia);

**Deputy Clerk:** Nichole Heuerman                     **Court Reporter**: Debra Pas

**Interpreter:** Carol Rhine-Medina (Spanish)

**PROCEEDINGS**

  Trial Setting-Held.  The parties update the court regarding discovery.  The parties joint request for a 60 day continuance is granted by the court.  The court declares the case complex.  Time is excluded from 3/12/08 to 5/21/08 for complexity and effective preparation of counsel.  The government to prepare order re: exclusion of time.

  Mr. Lyons informs the court that Martel Valencia is in the process of retaining him as counsel. Mr. Waggener currently represents Mr. Valencia. Mr. Lyons also informs the court that he represents Eduardo Zaragoza in a state court matter. The court will defer ruling as to conflict issue until after appearance before the Magistrate Judge on 3/24/08.  If defendant Valencia does retain Mr. Lyons he will need to sign a waiver and appear before this court along with Ms. Leary, Mr. Waggener and Mr. Lyons for courts final ruling.

**CASE CONTINUED TO: May 21, 2008 at 1:30 p.m. for Status/Trial Setting** .

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 3/21/08 Ends 5/21/08
-------------------------------------------------------------------------------------------------------------------

**cc:** chambers