UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 21, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0083 PJH

**Case Name:** United States v.  Guillermo Zaragoza (C)(Spanish Int.)
Eduardo Zaragoza (C)(Spanish Int.)
Manuel Corona Contreras (C)(Spanish Int.)
Richard Parodi (C)
Martin Estrada Zaragoza (C)(Spanish Int.)
Lorenzo Carbajal (C)
David Bejines Quezada (C)(Spanish Int.)
David Blake Weld (appearance waived)
Juan Zaragoza (Present)
Martel Murillo Valencia (C)(Spanish Int.)
Angelica Maria Rodriguez (C)(Spanish Int.)
Paul Anthony Kozina (Present)
Irma Carona (Present)(Spanish Int.)

**Attorney for Plaintiff:** Nicole Kim
**Attorney for Defendant:** George Cotsirilos (G. Zaragoza); Claire Leary (E. Zaragoza);
Nina Wilder (Contreras); Douglas Rappaport (Parodi);
Gail Shifman (M. Zaragoza);
Ismael Ramsey and Felicia Gross (Carbajal);
Steve Teich (Quezada); Brian Berson (Weld);
Roger Patton (J. Zaragoza);
Steve Teich for Robert Waggener (Valencia)
Seth Chazen (Rodriguez); John Cline (Kozina);
Garrick Lew (Corona)

**Related Case No:** CR 08-0143 PJH

**Case Name:** United States v. Francisco Mora Alvarez (C)(Spanish Int.)

**Attorney for Plaintiff:** Nicole Kim
**Attorney for Defendant:** Haywood Gilliam


**Deputy Clerk:** Nichole Heuerman                    **Court Reporter:** Catherine Edwards

**Interpreter:** Melinda Basker and Victor Martinez (Spanish)

## PROCEEDINGS

Trial Setting-Held. The parties inform the court that discovery is still ongoing. The parties request to continue the matter and additional 60 days is granted by the court. Time is excluded from 5/21/08 to 7/23/08 for effective preparation of counsel and complexity of case. The government to prepare order regarding exclusion of time. The court specially sets the next hearing date at 1:00 p.m.

**CASE CONTINUED TO: July 23, 2008 at 1:00 p.m. for Status/Trial Setting** .

---------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 5/21/08 Ends 7/23/08
---------------------------------------------------------------------------------------------------------------------

**cc:** chambers