UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

Date: July 23, 2008                                JUDGE: Phyllis J. Hamilton

Case No: CR-08-0083 PJH

Case Name:   United States v.   Guillermo Zaragoza (C)(Spanish Int.)
                                Eduardo Zaragoza (C)(Spanish Int.)
                                Manuel Corona Contreras (C)(Spanish Int.)
                                Richard Parodi (C)
                                Martin Estrada Zaragoza (C)(Spanish Int.)
                                Lorenzo Carbajal (C)
                                David Bejines Quezada (C)(Spanish Int.)
                                David Blake Weld (present)
                                Juan Zaragoza (Present)
                                Martel Murillo Valencia (C)(Spanish Int.)
                                Angelica Maria Rodriguez (C)(Spanish Int.)
                                Paul Anthony Kozina (Present)
                                Irma Carona (Present)(Spanish Int.)

Attorney for Plaintiff:   Nicole Kim
Attorney for Defendant:   George Cotsirilos (G. Zaragoza); Claire Leary (E. Zaragoza);
                         Nina Wilder (Contreras); Douglas Rappaport (Parodi);
                         Gail Shifman (M. Zaragoza); Felicia Gross (Carbajal);
                         Steve Teich (Quezada); Steve Teich for Brian Berson (Weld);
                         Gail Shiftman for Roger Patton (J. Zaragoza);
                         Robert Waggener (Valencia)
                         Gail Shiftman for Seth Chazen (Rodriguez);
                         Christy O'Connor for John Cline (Kozina);
                         Nina Wilder for Garrick Lew (Corona)

Related Case No: CR 08-0143 PJH

Case Name: United States v. Francisco Mora Alvarez (present)(Spanish Int.)

Attorney for Plaintiff:   Nicole Kim
Attorney for Defendant:   Haywood Gilliam

Deputy Clerk: Nichole Heuerman                    Court Reporter: Jim Yeomans

Interpreter: Melinda Basker and Christina Visus (Spanish)

## PROCEEDINGS

Status/Trial Setting-Held. The parties update the court regarding discovery. The parties request to continue the matter an additional 60 days to have additional time to review discovery with clients, agree on any remaining discovery issues and to agree on timing of filing of joint motions is granted by the court. Time is excluded from 7/23/08 to 9/17/08 for effective preparation of counsel and complexity of case. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: September 17, 2008 at 1:30 p.m. for Motions Setting** .

---------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 7/23/08 Ends 9/17/08
---------------------------------------------------------------------------------------------------------------

**cc:** chambers